# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO RODRIGUEZ, | No. 2:19-CV-2552-DB-P |
| Plaintiff, | |
| v. | ORDER |
| G. KNIGHT, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties appeared before the undersigned on May 25, 2021, at 9:30 a.m., for a settlement conference. Good cause appearing therefor, the matter is set for a continued settlement conference before the undersigned on June 30, 2021, at 10:00 a.m. The continued settlement conference will be conducted via Zoom.

IT IS SO ORDERED.

Dated: June 2, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1