UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO RODRIGUEZ, | No. 2:19-cv-2552 DB P |
| Plaintiff, | |
| v. | ORDER |
| G. KNIGHT, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action. Plaintiff claims defendants used excessive force against him and denied him due process in violation of his rights under the Eighth and Fourteenth Amendments. Presently before the court is defendants' request for an extension of time to respond to plaintiff's discovery requests. (ECF No. 40.) In support of the motion counsel for defendants states that additional time is necessary to conduct necessary follow-up, complete searches for documents, review documents to determine if they are responsive, prepare documents for production, and to prepare responses. Good cause appearing, the court will grant the motion.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 40) is granted; and

2. Defendants shall serve their responses to plaintiff's requests for admissions, requests for production and interrogatories on or before October 12, 2021.

Dated: September 17, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/S/rodr2552.eot(dso)