UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO RODRIGUEZ, | No. 2:19-cv-2552 DB P |
| Plaintiff, | |
| v. | ORDER |
| G. KNIGHT, et al., | |
| Defendants. | |

Defendants have requested an extension of time to respond to plaintiff's discovery requests. (ECF No. 43.) Counsel for defendants requests an additional 15 days to complete the responses. Good cause appearing the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 43) is granted; and

2. Defendant shall file and serve their responses to plaintiff's discovery requests by October 27, 2021.

Dated: October 6, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/rodr2552.eot(D)