UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. KNIGHT, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-2552 DB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action. Plaintiff claims defendants used excessive force against him and denied him due process in violation of his rights under the Eighth and Fourteenth Amendments. Presently before the court is defendants' motion to modify the discovery and scheduling order. (ECF No. 48.) Good cause appearing, the court will grant the motion.

////
////
////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order (ECF No. 48) is granted; and

2. The parties may conduct discovery until January 28, 2022. Any motions necessary to compel discovery shall be filed by that date.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before April 28, 2022.

4. The court's July 8, 2021 discovery and scheduling order (ECF No. 33) remains the same in all other respects.

Dated: November 1, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/S/rodr2552.eot(dso)2