UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELADIO RODRIGUEZ,

    Plaintiff,

    v.

G. KNIGHT, et al.,

    Defendants.

No. 2:19-cv-2552 DB P

ORDER

       Plaintiff is a state prisoner proceeding pro se with a civil rights action. Plaintiff claims defendants used excessive force against him and denied him due process in violation of his rights under the Eighth and Fourteenth Amendments. Presently before the court is defendants' motion to modify the discovery and scheduling order ("DSO"). (ECF No. 51.) In support of the motion counsel for defendants states that additional time is necessary to resolve discovery disputes and take plaintiff's deposition. Counsel for defendants further states that plaintiff does not oppose modification of the DSO. Good cause appearing, the court will grant the motion.

////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 51) is granted; and

2. The parties may conduct discovery until March 29, 2022, any motions to compel must be filed by that date.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before June 27, 2022.

4. The court's July 8, 2021 discovery and scheduling order (ECF No. 33) remains the same in all other respects.

Dated: January 21, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/rodr2552.eot(dso)3