1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELADIO RODRIGUEZ,                         No.  2:19-cv-2552 DB P

12                    Plaintiff,

13           v.                                 ORDER

14    G. KNIGHT, et al.,

15                    Defendants.

16

17           Plaintiff is a state inmate proceeding pro se and in forma pauperis with a civil rights action

18    pursuant to 42 U.S.C. § 1983.  Plaintiff claims that defendants used excessive force against him,

19    failed to protect him, and conspired to violate his rights during the disciplinary hearing process.

20    Presently before the court is plaintiff's motion to appoint counsel.  (ECF No. 59.)

21           In support of his motion to appoint counsel plaintiff argues that the court should appoint

22    counsel because defendants argued against production of video evidence based on plaintiff's

23    status as an inmate proceeding without counsel.  (ECF No. 50 at 3.)

24           Defendants filed an opposition and motion to strike.  (ECF No. 60.)  Defendants state the

25    motion is unsigned and therefore invalid under 28 U.S.C. § 1746 and Local Rule 131(c).  (Id. at

26    1.)  Additionally, they allege that the motion was not mailed by plaintiff.  (Id. at 2.)

27           As defendants argue, the motion is not signed and it appears it was sent by Juanita

28    Machado from an address in Hawthorne, California.  (See ECF No. 59 at 6, 31.)  The court cannot

1    consider unsigned filings and plaintiff's motion to appoint counsel will be stricken from the

2    record for that reason.  Fed. R. Civ. P. 11; E.D. Cal. R. 131(b).  Plaintiff may refile a signed copy

3    of the motion.  Additionally, plaintiff is advised that while individuals may appear in propria

4    persona on their own behalf, they may not represent the interest of others.  <u>C.E. Pope Equity Trust</u>

5    <u>v. United States</u>, 818 F.2d 696, 697 (9th Cir. 1987) (citations omitted).  All future filings should

6    be submitted by plaintiff, or an attorney authorized to represent him in this action.

7         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to appoint counsel (ECF

8    No. 59) is stricken because it is unsigned.

9    Dated: April 12, 2022

10

11

12                                        DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE
13

14   DB:12
     DB/DB Prisoner Inbox/Civil Rights/R/rodr2552.mta
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2