UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELADIO RODRIGUEZ,

    Plaintiff,

    v.

G. KNIGHT, et al.,

    Defendants.

No. 2:19-cv-2552 DB P

ORDER

    Plaintiff is a state inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants used excessive force against him, failed to protect him, and conspired to violate his rights during the disciplinary hearing process. Presently before the court is defendants' motion for an extension of time to submit proposed redactions and a protective order. (ECF No. 64.)

    Defendants seek an extension of time because they intend to seek reconsideration of the court's March 29, 2022, ruling on plaintiff's motion to compel. Good cause appearing the court will grant the motion.

    Accordingly, IT IS HEREBY ORDERED that defendants' motion for an extension of time (ECF No. 64) is granted. Defendants shall submit the materials and a proposed protective

////

////

order within fourteen days following the District Judge's ruling on any request for reconsideration or if the request is denied, within fourteen days of the date the ruling is final.

Dated: April 12, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/rodr2552.eot(mtc)