UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>G. KNIGHT, et al.,<br><br>  Defendants. | No. 2:19-cv-2552 DB P<br><br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants used excessive force against him, failed to protect him, and conspired to violate his rights during the disciplinary hearing process. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Defendants have filed a motion seeking reconsideration by a United States District Judge. (ECF No. 66.) Because there is presently no district judge assigned to this action, the court will direct the Clerk of the Court to randomly assign this action to a district judge.

////

////

////

////

1   Accordingly, the Clerk of the Court is ORDERED to randomly assign this action to a
2   United States District Judge.
3   Dated: April 15, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/rodr2552.assign.dj