UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>G. KNIGHT, et al.,<br><br>  Defendants. | No. 2:19-cv-2552 DJC DB P<br><br><br>ORDER |

Presently before the court is defendants' second motion for an extension of time to submit discovery documents and a proposed protective order. (ECF No. 85.) In support of the motion counsel for defendants states that additional time is necessary to review responsive materials, make proposed redactions, and finalize declarations and draft a proposed protective order. Good cause appearing the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' second motion for an extension of time (ECF No. 85) is granted; and

2. Defendants shall submit documents with proposed redactions, a proposed protective order, and any supporting declarations to the court on or before July 14, 2023.

Dated: June 21, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/rodr2552.disc2