UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELADIO RODRIGUEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>G. KNIGHT, et al.,<br><br>              Defendants. | No.  2:19-cv-2552 DJC DB P<br><br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 99.)  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 8, 2023, are adopted in

full;

2. Defendant Paul is dismissed without prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 5, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/rodr2552.803

2